UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LEXINGTON INSURANCE COMPANY,

                Plaintiff,

   -against-

AMERISURE MUTUAL INSURANCE COMPANY,

                Defendant.
-----------------------------------------------------------------X

Docket No. 07 CV 6251
ECF CASE (CM/DFE)

**RULE 7.1 STATEMENT**

      Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Lexington Insurance Company (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

                      American International Group, Inc.

Date: July 6, 2007

                                            /s/
                               Mitchell S. Cohen (MSC 1584)