STATE OF NEW YORK
INSURANCE DEPARTMENT
One Commerce Plaza
Albany,, NY 12257

07 CV 6251

STATE OF NEW YORK
District Court, Southern District of New York

Lexington Insurance Company

    against

Amerisure Mutual Insurance Company

           Plaintiff(s)

           Defendant(s)

RE : Amerisure Mutual Insurance Company

Attorney for Plaintiff(s) and Defendant please take notice as follows:

Sirs :
Attorney for Plaintiff(s) is hereby advised of acknowledgement of service upon me of Summons and Complaint in the above entitled action on July 6, 2007 at New York, New York. The $40 fee is also acknowledged.

Original to Attorney for Plaintiff(s) :

Wechsler & Cohen, LLP
17 State Street, 15th Floor
New York, New York 10004

Pursuant to the requirement of section 1212 of the Insurance Law, Defendant is hereby notified of service as effected above. A copy of the paper is enclosed.

Duplicate to Defendant :

D. Joseph Olson
Amerisure Mutual Insurance Company
26777 Halsted Road
Farmington Hills,  Michigan 48331-3586

by Salvatore Castiglione
Assistant Deputy Superintendent & Chief

Dated Albany, New York, July 10, 2007
415767    C.A.#86046