RECEIVED
AUG - 7 2007
CHAMBERS OF
COLLEEN McMAHON

McMAHON, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

LEXINGTON INSURANCE COMPANY,

        Plaintiff,

-against-

AMERISURE MUTUAL INSURANCE COMPANY,

        Defendant.
------------------------------------------------------------X

Docket No. 07 CV 6251
ECF CASE (CM/DFE)

**NOTICE OF DISMISSAL**

To: Amerisure Mutual Insurance Company, Defendant.

Notice is hereby given that Plaintiff Lexington Insurance Company hereby dismisses this action with prejudice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, and hereby files this notice of dismissal with the Clerk of the Court before service by defendant of either an answer or a motion for summary judgment.

Dated: August 7, 2007

        WECHSLER & COHEN, LLP

        By: _____
        Mitchell S. Cohen (MSC 1584)
        Debora A. Pitman (DAP 3291)
        *Attorneys for Plaintiff*
        *Lexington Insurance Company*
        17 State Street, 15th Floor
        New York, New York 10004
        (212) 847-7900

**SO ORDERED:**

_____
U.S.D.J.

8/13/07

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/07